```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: 11/17/10        │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JAMES BIGGS,

                            Plaintiff,                    08 CIVIL 8123 (PGG)

              -against-                                   **JUDGMENT**

THE CITY OF NEW YORK, et al
                            Defendants.
-------------------------------------------------------X


    Defendants having moved for summary judgment as to all of plaintiffs remaining claims, and

the matter having come before the Honorable Paul G. Gardephe, United States District Judge, and

the Court, on November 15, 2010, having rendered its Memorandum Opinion and Order granting

defendants' motion for summary judgment as to all of plaintiff's remaining claims and closing the

case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum Opinion and Order dated November 15, 2010, granting defendants' motion

for summary judgment as to all of plaintiff's remaining claims; accordingly, the case is closed.

**Dated:** New York, New York
       November 17, 2010

                                        **RUBY J. KRAJICK**

                                        _____
                                             **Clerk of Court**
                     ⸢ **BY:**
                                        _____
                                            **Deputy Clerk**




                              THIS DOCUMENT WAS ENTERED
                              ON THE DOCKET ON 11/17/10